1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4
   JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10                 UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,           )  Criminal No. CR 07-0074 WHA
                                        )
15           Plaintiff,                 )
                                        )
16                                      )
                                        )  **[PROPOSED] ORDER REGARDING**
17      v.                              )  **PRETRIAL RELEASE CONDITIONS**
                                        )  **FOR DEBRA EDISON**
18                                      )
    MICHAEL EDISON,                     )
19     a/k/a Michael J. Edison, and     )
    DEBRA EDISON,                       )
20     a/k/a Debra Legum-Edison,        )
       a/k/a Debra Sue Legum-Edison,    )
21                                      )
            Defendants.                 )
22                                      )
                                        )
23  _____)

24      The above-captioned matter came before the Court on March 11, 2008, for initial

25  appearance on the Superseding Indictment.  The defendant, Debra Edison, was represented by

26  Eric Hairston, Esq., and the government was represented by Jeffrey Finigan, Assistant United

27  States Attorney.

28      The Court imposed the identical pretrial release conditions upon Debra Edison in this

[PROPOSED] ORDER RE RELEASE CONDITIONS
CR 07-0074 WHA

1  matter as are currently in place in the case of <u>United States v. Debra Edison</u>, CR 07-0479 WHA,
2  by adopting the original pretrial release order from CR 07-0479 and all subsequent modifications
3  made thereto.
4
5
6  DATED: March 11, 2008                    Respectfully submitted,
7                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
8
9                                            _____/s/_____
                                             JEFFREY R. FINIGAN
10                                           Assistant United States Attorney
11
12
13  So ordered.
14  DATED:                                   _____
                                             JOSEPH C. SPERO
15                                           UNITED STATES MAGISTRATE JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER RE RELEASE CONDITIONS
CR 07-0074 WHA                            2