**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: March 11, 2008

Case No.:  CR 07-0074WHA

Title:  UNITED STATES -v- MICHAEL EDISON (Custody)
                            DEBRA EDISON

Appearances:
    For the Government:  Jeff Finigan

    For the Defendant(s): Richard Mazur for Michael Edison and
        Eric Hairston for Debra Edison

Interpreter: None                                  Probation Officer: None

Deputy Clerk: Frank Justiliano              Court Reporter:  Katherine Wyatt

**PROCEEDINGS**

1)  Status Re: Trial Setting - Held.

**ORDERED AFTER HEARING:**  Pretrial motions including motion to suppress and to sever is extended from March 18 to April 1, 2008 with opposition due on April 15 and replies due on April 17, 2008.   By agreement of the parties, the pretrial conference is scheduled for April 22, 2008 at 2:00 p.m.  Further Status Conference set for June 3, 2008 at 2:00 p.m.  Time is excluded from now to June 3, 2008 or an earlier time to be set if cases are severed.   Notice of Dismissal of CR 07-0479 is Granted and trial date of June 9, 2008 is vacated.