JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

   450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0074 WHA |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER EXCLUDING TIME** |
| | ) | |
| | ) | |
| MICHAEL EDISON, | ) | |
|   a/k/a Michael J. Edison, and | ) | |
| DEBRA EDISON, | ) | |
|   a/k/a Debra Legum-Edison, | ) | |
|   a/k/a Debra Sue Legum-Edison, | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

The above-captioned matter came before the Court on March 26, 2008.  The defendant,

DEBRA EDISON, was represented by Eric Hairston, Esq., and the government was represented

by Jeffrey Finigan, Assistant United States Attorney.  A pretrial motions briefing schedule and

trial date were set with the defendant's motions due to be filed on April 22, 2008.  The

previously set appearance on June 3, 2008 was vacated.

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0074 WHA

The Court made a finding that the time from and including March 26, 2008, through and including April 22, 2008, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial.  The finding was based on the need for the defendant to have reasonable time necessary for effective preparation and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the exclusion of time until April 22, 2008, be granted.  The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.


DATED: March 27, 2008                          _____/s/_____
                                               ERIC HAIRSTON
                                               Counsel for Debra Edison


DATED: March 27, 2008                          _____/s/_____
                                               JEFFREY R. FINIGAN
                                               Assistant U.S. Attorney

So ordered.

DATED:                                         _____
                                               WILLIAM H. ALSUP
                                               UNITED STATES DISTRICT COURT JUDGE