JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL EDISON,<br><br>    Defendant. | Criminal No. CR 07-0074 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME** |

    The above-captioned matter came before the Court on March 26, 2008.  The defendant was represented by Richard Mazer, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The matter was set before this Court for trial on October 27, 2008.

    The Court made a finding that the time from and including March 26, 2008, through and including October 27, 2008, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0074 WHA

1  interest of the public and the defendant in a speedy trial.  The finding was based on the need for
2  the defendant to have reasonable time necessary for effective preparation and for continuity of
3  counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

4      The parties hereby agree to and request that the case be continued until October 27, 2008,
5  and that the exclusion of time until then be granted.  The parties agree and stipulate that the
6  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),
7  because the ends of justice served by this continuance outweigh the best interest of the public and
8  the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively
9  prepare, taking into account the exercise of due diligence, and will provide for continuity of
10 counsel for the defendant.

13 DATED: March 27, 2008

                                /s/
                              RICHARD MAZER
                              Counsel for Michael Edison

16 DATED: March 27, 2008

                                /s/
                              JEFFREY R. FINIGAN
                              Assistant U.S. Attorney

19 So ordered.
20 DATED:   March 27, 2008.

                              WILLIAM H. ALSUP
                              UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED  Judge William Alsup*