UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: March 25, 2008

Case No.:  CR 07-0074 WHA

Title:  UNITED STATES -v- MICHAEL EDISON (not present)
                                 DEBRA EDISON (not present)

Appearances:
    For the Government: Jeff Finigan

    For the Defendant(s): Richard Mazer (ME)
                          Eric Hairston (DE)

Deputy Clerk:  Dawn Toland            Court Reporter:  Kathy Powell

**PROCEEDINGS**

1)    Status/Trial Setting - HELD

2)    

Case continued to  **5/13/08 at 2:00 pm**  for Motion

Case continued to **10/15/08 at 1:00 pm** for Pretrial Conference

Case continued to **10/27/08 at 7:30 am** for Jury Trial


**ORDERED AFTER HEARING:**

Counsel for both defendants waived their appearances.

Defense counsel Richard Mazer requested the status conference to advise the Court of a possible scheduling conflict for setting a trial. Court confirmed a trial date with the parties. The previous status hearing date of 6/3/08 is VACATED.

Defendant Debra Edison's motion for an extension of the motion deadline is granted.  Motions shall be filed by 4/22/08 and set for hearing on 5/13/08.

Time is excluded from today until 10/27/08 as to Michael Edison and extended from 4/1/08 to 4/22/08 as to Debra Edison.