1  BARRY J. PORTMAN
   Federal Public Defender
2  ERIC MATTHEW HAIRSTON
   Assistant Federal Public Defenders
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5

6  Counsel for Defendant DEBRA EDISON

7

8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11                                          )
                                            )   No. CR 07-0074 WHA
12  UNITED STATES OF AMERICA,               )
                                            )   STIPULATION AND [PROPOSED]
13        Plaintiff,                        )   ORDER REGARDING CONDITIONS OF
                                            )   RELEASE
14        v.                                )
                                            )
15  DEBRA EDISON,                           )   Honorable James Larson
                                            )
16        Defendant.                        )
    _____ )
17

18        This Stipulation is entered into by and among the United States of America and defendant

19  Debra Edison, through their respective attorneys of record.

20
          WHEREAS, the parties attended a bail review before this Court on January 31, 2008, and
21
          WHEREAS, the parties have subsequently met and conferred regarding the conditions of
22
23  Ms. Edison's pretrial release, and

24        WHEREAS, representatives of pretrial services have indicated that continued electronic
25
    monitoring of Ms. Edison during her residence at the Cornell Corrections facility located at 111
26

    STIPULATION REGARDING
    CONDITIONS OF RELEASE            1

1  Taylor Street in San Francisco, CA is disruptive to their supervision of Ms. Edison due to the
2  size and nature of the Cornell facility.
3
4  The parties therefore agree and stipulate that the conditions of Ms. Edison's pretrial
5  supervision shall be modified as follows:
6        1. Ms. Edison shall be allowed telephone contact with the following family
7        members: her mother, siblings, mother-in-law, sister-in-law and son-in-law.
8        2. With appropriate notice to her Cornell case manager and/or pretrial services
9        officer, Ms. Edison shall be cleared for once-weekly religious services at
10       Congregation Beth Sholom synagogue located at 1301 Clement Street, San
11       Francisco, CA.
12
13 The government has objected to removal of Ms. Edison from electronic monitoring, and
14 thus nothing set forth above should be interpreted as a stipulation by the government to such
15 action.
16
17   IT IS SO STIPULATED.
18
19 DATED:   March 31, 2008                           _____/S/_____
                                                    JEFFREY R. FINIGAN
20                                                  Assistant United States Attorney

21 DATED:   March 31, 2008                           _____/S/_____
                                                    ERIC MATTHEW HAIRSTON
22                                                  Attorney for Defendant
23
24
25
26

STIPULATION REGARDING
CONDITIONS OF RELEASE                2

**[PROPOSED] ORDER**

The conditions of Debra Edison's pretrial release are hereby modified as follows:

1. Ms. Edison shall be allowed telephone contact with the following family members: her mother, siblings, mother-in-law, sister-in-law and son-in-law. A list of names and telephone contact information for the above-referenced individuals shall be provided to pretrial services officer Victoria Gibson within one week of entry of this Order.

2. With appropriate notice to her Cornell case manager and/or pretrial services officer, Ms. Edison shall be cleared for once-weekly religious services at Congregation Beth Sholom synagogue located at 1301 Clement Street, San Francisco, CA.

3. Noting the government's objection for the record in this matter, Ms. Edison will be removed from electronic monitoring at the earliest convenience of Pretrial Services.

**IT IS SO ORDERED.**

DATED: _____

THE HON. JAMES LARSON
United States Magistrate Judge

STIPULATION REGARDING
CONDITIONS OF RELEASE                  3