UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

      Plaintiff(s),                    No.CR07-0074 WHA (JL)

    v.                              **NOTICE**

DEBRA EDISON,

      Defendant(s).

_____/

      A bail review hearing in the above entitled case has been set for April 15, 2008 @ 9:30 a.m. in Courtroom F before Chief Magistrate Judge James Larson.

Dated: April 1, 2008

                                                          _/s/ Wings Hom_____

                                                          Wings Hom Courtroom Deputy  to
                                                          Chief United States Magistrate Judge
                                                          James Larson