1 | BARRY J. PORTMAN
Federal Public Defender
2 | ERIC MATTHEW HAIRSTON
Assistant Federal Public Defenders
3 | 19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
4 | San Francisco, CA 94102
Telephone: (415) 436-7700

5

6 | Counsel for Defendant DEBRA EDISON

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 |

12 | UNITED STATES OF AMERICA,

13 |     Plaintiff,

14 |     v.

15 | DEBRA EDISON,

16 |     Defendant.

_____

17

No. CR 07-0074 WHA

STIPULATION AND [PROPOSED]
ORDER REGARDING CONDITIONS OF
RELEASE

Honorable James Larson

18      This Stipulation is entered into by and among the United States of America and defendant

19 Debra Edison, through their respective attorneys of record.

20      WHEREAS, the parties attended a bail review before this Court on January 31, 2008, and

21

22      WHEREAS, the parties have subsequently met and conferred regarding the conditions of

23 Ms. Edison's pretrial release, and

24      WHEREAS, representatives of pretrial services have indicated that continued electronic

25 monitoring of Ms. Edison during her residence at the Cornell Corrections facility located at 111

26

STIPULATION REGARDING
CONDITIONS OF RELEASE     1

1  Taylor Street in San Francisco, CA is disruptive to their supervision of Ms. Edison due to the

2  size and nature of the Cornell facility.

3      The parties therefore agree and stipulate that the conditions of Ms. Edison's pretrial

4  supervision shall be modified as follows:

5

6          1.  Ms. Edison shall be allowed telephone contact with the following family

7          members: her mother, siblings, mother-in-law, sister-in-law and son-in-law.

8          2.  With appropriate notice to her Cornell case manager and/or pretrial services

9          officer, Ms. Edison shall be cleared for once-weekly religious services at

10         Congregation Beth Sholom synagogue located at 1301 Clement Street, San

11         Francisco, CA.

12

13     The government has objected to removal of Ms. Edison from electronic monitoring, and

14 thus nothing set forth above should be interpreted as a stipulation by the government to such

15 action.

16

17   IT IS SO STIPULATED.

18

19 DATED:    March 31, 2008                _____/S/_____
                                          JEFFREY R. FINIGAN
20                                        Assistant United States Attorney

21 DATED:    March 31, 2008                _____/S/_____
                                          ERIC MATTHEW HAIRSTON
22                                        Attorney for Defendant

23

24

25

26

STIPULATION REGARDING
CONDITIONS OF RELEASE              2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**[~~PROPOSED~~] ORDER**

The conditions of Debra Edison's pretrial release are hereby modified as follows:

1. Ms. Edison shall be allowed telephone contact with the following family members: her mother, siblings, mother-in-law, sister-in-law and son-in-law.  A list of names and telephone contact information for the above-referenced individuals shall be provided to pretrial services officer Victoria Gibson within one week of entry of this Order.

2. With appropriate notice to her Cornell case manager and/or pretrial services officer, Ms. Edison shall be cleared for once-weekly religious services at Congregation Beth Sholom synagogue located at 1301 Clement Street, San Francisco, CA.

3. Noting the government's objection for the record in this matter, Ms. Edison will be removed from electronic monitoring at the earliest convenience of Pretrial Services.

**IT IS SO ORDERED.**

DATED:    4-1-08

_____
THE HON. JAMES LARSON
United States Magistrate Judge

STIPULATION REGARDING
CONDITIONS OF RELEASE                3