BARRY J. PORTMAN
Federal Public Defender
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant DEBRA EDISON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DEBRA EDISON, <br> Defendant. | No. CR 07-0074 WHA <br><br> DEBRA EDISON'S NOTICE OF WITHDRAWAL OF MOTION |

Having received additional discovery from the government addressing the issues set forth in her Motion to Suppress, Ms. Debra Edison hereby withdraws her Motion to Suppress and Memorandum of Points and Authorities in support thereof, filed April 22, 2008.

Dated: April 28, 2008

                                              Respectfully submitted,

                                              BARRY J. PORTMAN
                                              Federal Public Defender

                                              /s/

                                              ERIC MATTHEW HAIRSTON
                                              Assistant Federal Public Defender