1  BARRY J. PORTMAN
   Federal Public Defender
2  ERIC MATTHEW HAIRSTON
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant
6  DEBRA EDISON

7

8                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
                                    )
12                                  )   No.  CR 07-0074 WHA
   UNITED STATES OF AMERICA,        )
13                                  )   STIPULATION AND [PROPOSED]
          Plaintiff,                )   ORDER REGARDING CONDITIONS OF
14                                  )   RELEASE
          v.                        )
15                                  )
   DEBRA EDISON                     )   Honorable James Larson
16                                  )
          Defendant.                )
17 _____)

18

19        This Stipulation is entered into by and among the United States of America and defendant

20 Debra Edison, through their respective attorneys of record.

21        WHEREAS, the parties attended a bail review before this Court on May 13, 2008, and
22
23        WHEREAS, the parties have subsequently met and conferred regarding the conditions of

24 Ms. Edison's pretrial release, and

25        WHEREAS, the parties are in agreement to a modification of the defendant's conditions

26
   STIPULATION AND [PROPOSED]
   ORDER REGARDING CONDITIONS
   OF RELEASE; CR 07-0074 WHA          1

1  of release (1) permitting her to reside in a private residential facility; and (2) imposing

2  restrictions sufficient to ensure the defendant's health, safety, attendance at court proceedings

3  and compliance with all existing conditions of pretrial release.

4
5           The parties therefore agree and stipulate that the conditions of the defendant's pretrial

6  supervision shall be modified as follows:

7           1.      The defendant shall be released from the condition that she reside at the

8                   Cornell Corrections Taylor Street Facility in San Francisco, CA and

9                   permitted to reside in one of the following establishments:

10

11                          (a)      The Monroe Residence Club
                                     1870 Sacramento Street
12                                   San Francisco, CA

13
14                          (b)      The Kenmore Hotel
                                     1570 Sutter Street
15                                   San Francisco, CA

16
17                          (c)      Such other residential facility as deemed appropriate by the
                                     defendant's assigned Pretrial Services Officer.
18
19                  The defendant shall not be released from the Cornell Corrections facility

20                  until Pretrial Services has been notified that appropriate housing has been

21                  arranged.

22           2.      The defendant shall be subject to a curfew from 8:00 p.m. through 7:00

23                   a.m., during which she is to remain within the confines of her residence.

24                   This curfew shall not be enforced by electronic or telephonic monitoring,

25                   but is nonetheless a Court-imposed restriction which must be observed at

26
STIPULATION AND [PROPOSED]
ORDER REGARDING CONDITIONS
OF RELEASE; CR 07-0074 WHA            2

all times.

3.    The defendant shall submit to drug and alcohol testing as directed by

Pretrial Services.

4.    The defendant shall attend mental health counseling as directed by, and

exclusively at a facility approved by, Pretrial Services.  The defendant may

not obtain mental health counseling or medication for any mental health

condition (including anxiety and/or depression) without the knowledge

and prior approval of Pretrial Services.  The defendant shall take any

prescription medication only as directed by a physician.  The defendant

shall obtain all necessary prescription medication from a county-funded

care provider approved by Pretrial Services.

5.    The defendant shall report in person and telephonically to Pretrial Services

as directed by her assigned Pretrial Services Officer.  Pretrial Services may

impose specific reporting requirements (including daily reports) as

necessary to address any supervisory concerns that may arise.

6.    This stipulation should not be interpreted to otherwise modify or amend

the defendant's current conditions of pretrial release, all of which remain

in effect.

///

///

///

STIPULATION AND [PROPOSED]
ORDER REGARDING CONDITIONS
OF RELEASE; CR 07-0074 WHA          3

1     IT IS SO STIPULATED.

2

3

DATED:  May 19, 2008                    _____/S/_____

4                                       JEFFREY R. FINIGAN
                                        Assistant United States Attorney
5

6

7     DATED:  May 19, 2008              _____/S/_____
                                        ERIC MATTHEW HAIRSTON
8                                       Assistant Federal Public Defender
                                        Attorney for Defendant
9

10

11                        **[PROPOSED] ORDER**

12     The conditions of Debra Edison's pretrial release are hereby modified as follows:

13          1.     The defendant shall be released from the condition that she reside at the

14     Cornell Corrections Taylor Street Facility in San Francisco, CA and

15     permitted to reside in one of the following establishments:

16                 (a)     The Monroe Residence Club
17                         1870 Sacramento Street
                           San Francisco, CA
18
                   (b)     The Kenmore Hotel
19                         1570 Sutter Street
                           San Francisco, CA
20
                   (c)     Such other residential facility as deemed appropriate by the
21                         defendant's assigned Pretrial Services Officer.

22     The defendant shall not be released from the Cornell Corrections facility

23     until Pretrial Services has been notified that appropriate housing has been

24     arranged.

25

26

STIPULATION AND [PROPOSED]
ORDER REGARDING CONDITIONS
OF RELEASE; CR 07-0074 WHA          4

2.       The defendant shall be subject to a curfew from 8:00 p.m. through 7:00 a.m., during which she is to remain within the confines of her residence. This curfew shall not be enforced by electronic or telephonic monitoring, but is nonetheless a Court-imposed restriction which must be observed at all times.

3.       The defendant shall submit to drug and alcohol testing as directed by Pretrial Services.

4.       The defendant shall attend mental health counseling as directed by, and exclusively at a facility approved by, Pretrial Services. The defendant may not obtain mental health counseling or medication for any mental health condition (including anxiety and/or depression) without the knowledge and prior approval of Pretrial Services. The defendant shall take any prescription medication only as directed by a physician. The defendant shall obtain all necessary prescription medication from a county-funded care provider approved by Pretrial Services.

5.       The defendant shall report in person and telephonically to Pretrial Services as directed by her assigned Pretrial Services Officer. Pretrial Services may impose specific reporting requirements (including daily reports) as necessary to address any supervisory concerns that may arise.

///

///

///

STIPULATION AND [PROPOSED]
ORDER REGARDING CONDITIONS
OF RELEASE; CR 07-0074 WHA      5

1          6.    This Order should not be interpreted to otherwise modify or amend the

2    defendant's current conditions of pretrial release, all of which remain in

3    effect.

4    **IT IS SO ORDERED.**

5

6

7    DATED:_____    _____

8    THE HON. JAMES LARSON
     United States Chief Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED]
ORDER REGARDING CONDITIONS
OF RELEASE; CR 07-0074 WHA          6