BARRY J. PORTMAN
Federal Public Defender
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant
DEBRA EDISON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 07-0074 WHA |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONS OF RELEASE |
| v. | |
| DEBRA EDISON | Honorable James Larson |
| Defendant. | |

This Stipulation is entered into by and among the United States of America and defendant Debra Edison, through their respective attorneys of record.

WHEREAS, the parties attended a bail review before this Court on May 13, 2008, and

WHEREAS, the parties have subsequently met and conferred regarding the conditions of Ms. Edison's pretrial release, and

WHEREAS, the parties are in agreement to a modification of the defendant's conditions

STIPULATION AND [PROPOSED]
ORDER REGARDING CONDITIONS
OF RELEASE; CR 07-0074 WHA         1

of release (1) permitting her to reside in a private residential facility; and (2) imposing restrictions sufficient to ensure the defendant's health, safety, attendance at court proceedings and compliance with all existing conditions of pretrial release.

The parties therefore agree and stipulate that the conditions of the defendant's pretrial supervision shall be modified as follows:

1. The defendant shall be released from the condition that she reside at the Cornell Corrections Taylor Street Facility in San Francisco, CA and permitted to reside in one of the following establishments:

    (a) The Monroe Residence Club
        1870 Sacramento Street
        San Francisco, CA

    (b) The Kenmore Hotel
        1570 Sutter Street
        San Francisco, CA

    (c) Such other residential facility as deemed appropriate by the defendant's assigned Pretrial Services Officer.

The defendant shall not be released from the Cornell Corrections facility until Pretrial Services has been notified that appropriate housing has been arranged.

2. The defendant shall be subject to a curfew from 8:00 p.m. through 7:00 a.m., during which she is to remain within the confines of her residence. This curfew shall not be enforced by electronic or telephonic monitoring, but is nonetheless a Court-imposed restriction which must be observed at

STIPULATION AND [PROPOSED]
ORDER REGARDING CONDITIONS
OF RELEASE; CR 07-0074 WHA                 2

all times.

3. The defendant shall submit to drug and alcohol testing as directed by Pretrial Services.

4. The defendant shall attend mental health counseling as directed by, and exclusively at a facility approved by, Pretrial Services. The defendant may not obtain mental health counseling or medication for any mental health condition (including anxiety and/or depression) without the knowledge and prior approval of Pretrial Services. The defendant shall take any prescription medication only as directed by a physician. The defendant shall obtain all necessary prescription medication from a county-funded care provider approved by Pretrial Services.

5. The defendant shall report in person and telephonically to Pretrial Services as directed by her assigned Pretrial Services Officer. Pretrial Services may impose specific reporting requirements (including daily reports) as necessary to address any supervisory concerns that may arise.

6. This stipulation should not be interpreted to otherwise modify or amend the defendant's current conditions of pretrial release, all of which remain in effect.

///

///

///

STIPULATION AND [PROPOSED]
ORDER REGARDING CONDITIONS
OF RELEASE; CR 07-0074 WHA           3

IT IS SO STIPULATED.

DATED: May 19, 2008              _____/S/_____
                                 JEFFREY R. FINIGAN
                                 Assistant United States Attorney

DATED: May 19, 2008              _____/S/_____
                                 ERIC MATTHEW HAIRSTON
                                 Assistant Federal Public Defender
                                 Attorney for Defendant

### [PROPOSED] ORDER

The conditions of Debra Edison's pretrial release are hereby modified as follows:

1. The defendant shall be released from the condition that she reside at the Cornell Corrections Taylor Street Facility in San Francisco, CA and permitted to reside in one of the following establishments:

    (a) The Monroe Residence Club
        1870 Sacramento Street
        San Francisco, CA

    (b) The Kenmore Hotel
        1570 Sutter Street
        San Francisco, CA

    (c) Such other residential facility as deemed appropriate by the defendant's assigned Pretrial Services Officer.

The defendant shall not be released from the Cornell Corrections facility until Pretrial Services has been notified that appropriate housing has been arranged.

STIPULATION AND [PROPOSED]
ORDER REGARDING CONDITIONS
OF RELEASE; CR 07-0074 WHA            4

2. The defendant shall be subject to a curfew from 8:00 p.m. through 7:00 a.m., during which she is to remain within the confines of her residence. This curfew shall not be enforced by electronic or telephonic monitoring, but is nonetheless a Court-imposed restriction which must be observed at all times.

3. The defendant shall submit to drug and alcohol testing as directed by Pretrial Services.

4. The defendant shall attend mental health counseling as directed by, and exclusively at a facility approved by, Pretrial Services. The defendant may not obtain mental health counseling or medication for any mental health condition (including anxiety and/or depression) without the knowledge and prior approval of Pretrial Services. The defendant shall take any prescription medication only as directed by a physician. The defendant shall obtain all necessary prescription medication from a county-funded care provider approved by Pretrial Services.

5. The defendant shall report in person and telephonically to Pretrial Services as directed by her assigned Pretrial Services Officer. Pretrial Services may impose specific reporting requirements (including daily reports) as necessary to address any supervisory concerns that may arise.

///

///

///

STIPULATION AND [PROPOSED]
ORDER REGARDING CONDITIONS
OF RELEASE; CR 07-0074 WHA          5

6. This Order should not be interpreted to otherwise modify or amend the defendant's current conditions of pretrial release, all of which remain in effect.

**IT IS SO ORDERED.**

DATED: May 20, 2008

_____
THE HON. JAMES LARSON
United States Chief Magistrate Judge