1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    No. CR 07-0074 WHA

        Plaintiff,

  v.                                       **SCHEDULING ORDER
                                             FOR CRIMINAL CASE**

DEBRA EDISON,

        Defendant.
———————————————————/

     Pursuant to Local Rule 17.1-1, this order confirms the existing schedule for the case to promote a fair and expeditious trial and pretrial of this case.

     1.     This case will be tried to a jury commencing at **7:30 A.M. ON OCTOBER 27, 2008**. The final pretrial conference will be at **2:00 P.M. ON OCTOBER 15, 2008**. The remainder of this order sets the schedule leading up to these dates.

     2.     By **SEPTEMBER 2, 2008**, counsel shall jointly propose a schedule for submissions for the final pretrial conference that will allow for orderly receipt by the judge of motions and responses.

     3.     Please remember that Rule 16(a)(1)(G) and Rule 16(b)(1)(C) require disclosure not only of the opinions but also of "the bases and reasons for those opinions." as well as the witness's qualifications. Supplemental disclosures at the eleventh hour cannot automatically cure earlier deficient disclosures. Rule 16(d)(2) authorizes several alternatives, including preclusion, for inadequate or late or non-existent disclosures.

     4.     As for *non-expert* disclosures, Rule 16 requires both the government and the defense to disclose certain materials. Again, Rule 16(d)(2) authorizes preclusion as a sanction.

All counsel must comply with Rule 16, Local Rule 16-1 and the *Brady* rule. Both sides must make their disclosures sufficiently in advance of the final pretrial conference so that all counsel will be able to prepare to meet the evidence and to raise any issues pertaining to it at the final pretrial conference.

5.    For the final pretrial conference, please comply with Local Rule 17.1-1. All government exhibits should be identified by trial exhibit number for the case-in-chief in an exhibit list submitted for the conference. All defense exhibits for its case-in-chief should likewise be identified by trial exhibit number in an exhibit list, at least to the extent the exhibits are required to be disclosed under Rule 16(b).

**IT IS SO ORDERED.**

Dated:  August 29, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2