JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN #168285)
CHRISTINA HUA (CABN 185358)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7232, (415) 436-7534
   FAX: (415) 436-7234
   Email: jeffrey.finigan@usdoj.gov   tina.hua@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0074 WHA |
|    Plaintiff, | |
| v. | **NOTICE OF ADDITION OF COUNSEL** |
| MICHAEL EDISON,<br>   a/k/a Michael J. Edison, and<br>DEBRA EDISON,<br>   a/k/a Debra Legum-Edison,<br>   a/k/a Debra Sue Legum-Edison, | |
|    Defendant. | |

     The United States Attorney's Office hereby files this Notice of Addition of Counsel to advise the court and counsel that Assistant United States Attorney ("AUSA") Christina Hua is also assigned to this case. Accordingly, the government respectfully requests that future ECF notices

//

//

NOTICE OF ADDITION OF COUNSEL
[CR 07-0074 WHA]

1  //

2  be sent to AUSA Hua (as well as AUSA Finigan) at the email address of tina.hua@usdoj.gov.

4  DATED: September 2, 2008　　　　　　Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


　　　　　　　　　　　　　　　　　　　　　/s/
JEFFREY R. FINIGAN
CHRISTINA J. HUA
Assistant United States Attorneys

NOTICE OF ADDITION OF COUNSEL
[CR 07-0074 WHA]