IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>  v.<br><br>DEBRA EDISON,<br><br>    Defendants.<br>_____/ | No. CR 07-0074 WHA<br><br>**ORDER RE DEFENDANT'S**<br>**VOICEMAIL MESSAGE** |

      On September 8, Mrs. Debra Edison left a phone message for Dawn Toland, Deputy Clerk for Judge William Alsup, concerning anxiety over present proceedings and possible concerns over her representation. Judge Alsup has not listened to the voicemail. A hearing will be held on September 16 at 2:00 pm, concerning issues Mrs. Edison wishes to raise with the Court. In the meantime, defense counsel Eric Hairston, is invited to listen to the voicemail. The Court will not otherwise follow up on Mrs. Edison's voicemail and will rely on the formal hearing process to ventilate any concerns or motions.

      **IT IS SO ORDERED.**

Dated: September 9, 2008

                                                WILLIAM ALSUP<br>                                                UNITED STATES DISTRICT JUDGE

N:\cr07-074.wpd